United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Patrick David Hodges, Jr.<br>377 Back Forty Dr.<br>Lake Park, GA 31636 | Chapter 13<br><br>Case No. 14-70989-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $300.00 in unclaimed funds of Patrick David Hodges, Jr. and , debtor(s).

Last Known Address (Most recent listed left to right):

Patrick David Hodges, Jr.
377 Back Forty Dr.
Lake Park, GA 31636

Dated: 6/25/2015

/s/ A. Kristin Hurst
_____
A. Kristin Hurst. Trustee